391 A.2d 674

Commonwealth v. Bennett, Appellant.

Submitted March 20, 1978. Nathaniel P. D'Amico, for appellant; Flora L. Becker, Assistant District Attorney, and Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Order affirmed.